IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>$59,800 IN UNITED STATES CURRENCY,<br><br>    Defendant,<br>and<br><br>TAYLOR COAKLEY and SHAWN CROUSE,<br><br>    Claimants. | 8:22CV311<br><br>**ORDER** |

  IT IS ORDERED:

1) The parties' Settlement Stipulation pertaining to resolution of this case (Filing No. 31) is approved.

2) By Order dated August 26, 2022 (Filing No. 6), the United States published notice of its intent to dispose of the Defendant property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on November 3, 2022 (Filing No. 17). The parties have advised the Court no other Claim or Answer has been filed in this case, other than by Taylor Coakley and Shawn Crouse; after reviewing the record, the Court finds that is true.

3) $17,800.00 of the $59,800 Defendant property shall be returned to the Claimants, Taylor Coakley and Shawn Crouse. Payment will be tendered to the trust account of the Claimants' attorney, Jason Troia.

4) The remaining Defendant property, *viz.*, $42,000.00, shall be forfeited to the United States, with all right, title and interest in or to such property held by any person or entity forever barred and foreclosed.

       The U.S. Marshals Services shall dispose of said $42,000.00 in accordance with the law.

5)     Plaintiff and Claimants shall pay their own costs and attorney's fees associated with this lawsuit.

6)     Claimants' counsel shall file a Receipt indicating receipt of the funds. Thereafter, the parties shall file a joint stipulation for dismissal.

Dated this 29th day of September, 2023.

                                    BY THE COURT:

                                    s/ Cheryl R. Zwart
                                    United States Magistrate Judge